Joseph H. Harrington
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 05 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOSHUA CARL JACOBS,<br><br>               Defendant. | 2:19-CR-25-WFN<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 2250(a)<br>        Failure to Register as a Sex Offender |

     The Grand Jury charges:

     On a date unknown, but between on or about June 22, 2018, and on or about January 5, 2019, in the Eastern District of Washington and elsewhere, the Defendant, JOSHUA CARL JACOBS, a person required to register under the Sex Offender Registration and

//

//

//

INDICTMENT – 1

Notification Act, traveled in interstate commerce, and did knowingly fail to register and update a registration, all in violation of 18 U.S.C. § 2250(a).

DATED this 5 day of February, 2019.

A TRUE BILL

_____
Foreperson

_____
Joseph H. Harrington
United States Attorney

_____
Russell E. Smoot
Assistant United States Attorney

INDICTMENT – 2