PROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2023

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Joshua Carl Jacobs | Case Number: 0980 2:19CR00025-WFN-1 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: October 17, 2019 | Type of Supervision: Supervised Release |
| Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | Date Supervision Commenced: October 7, 2020 |
| Original Sentence: Prison - 24 months<br>TSR - 60 months | Date Supervision Expires: October 6, 2025 |

### NONCOMPLIANCE SUMMARY

On October 13, 2020, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine, amphetamine, and marijuana, on or about April 11, 2023.<br><br>On April 11, 2023, Mr. Jacobs submitted a urine specimen at the U.S. Probation Office that returned positive for methamphetamine and amphetamine. At that time, he also admitted to using marijuana a couple weeks prior. It should be noted, the above-referenced urine specimen was not confirmed positive for marijuana.<br><br>When questioned by the probation officer, he stated that he ingested a candy that he believed to contain marijuana, but suspects it may have also contained methamphetamine given his positive drug test result. |
| 2 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12A
Re: Jacobs, Joshua Carl
May 15, 2023
Page 2

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about April 18, 2023.

On April 18, 2023, Mr. Jacobs submitted a urine specimen at the U.S. Probation Office that returned positive for methamphetamine and amphetamine. When questioned by the probation officer, he blamed the positive result on the edible he ingested a couple weeks prior.

3  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about May 1, 2023.

On May 1, 2023, Mr. Jacobs submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine and amphetamine. When questioned by the probation officer, he stated that he did not intentionally ingest said substances, but believed the vape juice he borrowed from his brother may have contained illicit substances.

**U.S. Probation Officer Action**:

Based on his relapse, the probation officer referred Mr. Jacobs to PHS for a substance abuse evaluation and he was enrolled in the random urinalysis testing program. He participated in his evaluation on May 12, 2023, at which time it was recommended that he participate in intensive outpatient treatment. His admit appointment is scheduled for May 23, 2023, at which time he will be enrolled in the recommended treatment program. It should be noted, his most recent urinalysis test yielded a negative result.

Given the above information, the probation officer respectfully recommends that the Court take no action. The probation officer will monitor his progress in treatment, as well as his urinalysis test results. If he has any further positive drugs test results, this officer will notify the Court and action will be requested at that time.

It is hoped that the intermediate sanction imposed meets the expectations of the Court. Please advise the undersigned if Your Honor requires a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 15, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer
Date: May 15, 2023

Prob12A
**Re: Jacobs, Joshua Carl**
**May 15, 2023**
**Page 3**

[✔]  Court Concurs with Officer Action
[  ]  Submit a Request for Modifying the Condition or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

5/15/2023

Date