PROB 12C
(6/16)

Report Date: June 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Carl Jacobs                Case Number: 0980 2:19CR00025-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮, Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 17, 2019

Original Offense:      Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:    Prison - 24 months              Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:   Ann Wick                       Date Supervision Commenced: October 7, 2020

Defense Attorney:     Lorinda Neier Youngcourt        Date Supervision Expires: October 6, 2025

### PETITIONING THE COURT

To issue a summons.

On October 13, 2020, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about May 27, 2023.<br><br>On May 31, 2023, Mr. Jacobs submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine and amphetamine. He initially denied use, but later admitted to use of said substances on or about May 27, 2023. |
| 2 | **Special Condition #5:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. |

Prob12C
Re: Jacobs, Joshua Carl
June 7, 2023
Page 2

You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** The offender is alleged to have violated special condition number 5, by being discharged from his substance abuse treatment program at PHS on or about June 6, 2023.

On June 6, 2023, the probation officer received email correspondence from PHS indicating Mr. Jacobs had been discharged from treatment effective this same date. The treatment group facilitator advised that while in a group treatment session on June 6, 2023, Mr. Jacobs raised his voice, was combative/aggressive toward the counselor, and threw his chair backward. Mr. Jacobs informed his counselor that he was upset he would be in treatment more than 90 days and advised that he would not abide by the facility rules. Based on his behavior, PHS indicated they would no longer be providing services to the offender and he was discharged from treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/9/2023
Date