PROB 12C
(6/16)

Report Date: July 17, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Carl Jacobs  Case Number: 0980 2:19CR00025-WFN-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ , Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 17, 2019

Original Offense:   Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:  Prison - 24 months                Type of Supervision: Supervised Release
                    TSR - 60 months

Asst. U.S. Attorney:  Ann Wick                         Date Supervision Commenced: October 7, 2020

Defense Attorney:   Lorinda Meier Youngcourt           Date Supervision Expires: October 6, 2025

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/09/2023.

On October 13, 2020, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to report to the U.S. Probation Office for urinalysis testing on June 13, 2023.<br><br>On June 13, 2023, Mr. Jacobs failed to report to the U.S. Probation Office for urinalysis testing when his assigned color (Brown 1) was called. |
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Jacobs, Joshua Carl
July 17, 2023
Page 2

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about June 29, 2023.

On June 29, 2023, Mr. Jacobs submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine. At that time, he denied use of said substance. The urinalysis specimen was thereafter sent to the national laboratory and was confirmed positive for methamphetamine.

5   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 6, 2023.

On July 6, 2023, Mr. Jacobs submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine and amphetamine. At that time, he denied use of said substances. The urine specimen was thereafter sent to the national laboratory and was confirmed positive for methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 17, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Jacobs, Joshua Carl
July 17, 2023
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

7/18/2023
Date